IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PATRICIA A. ALLBRITTON,      § | |
| § | |
| Plaintiff,      § | |
| v.      § | Civil Action No. **3:11-CV-1114-L-BH** |
| § | |
| SOCIAL SECURITY ADMINISTRATION, § | |
| et al.,      § | |
| § | |
| Defendants.      § | |

## ORDER

Before the court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), filed January 23, 2012. Plaintiff did not file any objections.

Patricia A. Allbritton ("Plaintiff") filed this *pro se* action, described by Plaintiff as a civil rights action against several federal and state agencies and private parties. The Complaint alleges that she has been denied her rights to life and freedom, medical treatment, services, her medical records, and equal access and protection under the law for the past three decades. The Complaint cites a number of federal statutes and regulations, but it contains no facts to support any claims under those statutes and regulations. The magistrate judge concluded that Plaintiff's claim lacks an arguable basis in law, is frivolous, and fails to state a claim to relief that is plausible on its face against any defendant.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. They are therefore **accepted** as those of the court. Accordingly, the court **dismisses** Plaintiff's claims against all Defendants with prejudice as frivolous and for failure to state a claim under 28 U.S.C. §

**Order - Page 1**

1915(e)(2)(B)(ii) (2012).

  **It is so ordered** this 29th day of February, 2012.

                Sam A. Lindsay
                United States District Judge

**Order - Page 2**